IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR-05-203-S-BLW |
| Plaintiff, ) | |
| ) | **ORDER ADOPTING REPORT** |
| v. ) | **AND RECOMMENDATION** |
| ) | **NUNC PRO TUNC** |
| JESUS BERNAL-ONTIVEROS, ) | |
| a/k/a Uriel Zambada, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge. (Docket No. 49). On February 6, 2006, Defendant Jesus Bernal-Ontiveros, a/k/a Uriel Zambada, appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to Count Seven of the Indictment (Docket No. 1), and that it was entered voluntarily and with full knowledge of the consequences. No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, has reviewed the pre-sentence report, and finds that the requirements of Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003). Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists. *See id.* Accordingly,

**Order Adopting Report and Recommendation - 1**

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 49) shall be, and the same is hereby, ADOPTED Nunc Pro Tunc as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Count Seven of the Indictment (Docket No. 1) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Jesus Bernal-Ontivros, a/k/a Uriel Zambada, is found to be GUILTY as to the crime charged in Count Seven of the Indictment (Docket No. 1).

DATED: September 15, 2006

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge
Sitting by Special Designation

**Order Adopting Report and Recommendation - 2**